UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TOYA HANKINS, MARCUS AMICK and AMOS ARAUZ,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>TITMOUSE, INC.,<br>AMAZON CONTENT SERVICES LLC,<br>CHRIS PRYNOSKI, SHANNON PRYNOSKI,<br>MARK BROOKS, and TAL MOSCOVICI,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-12682<br>Honorable: David M. Lawson<br>Magistrate: Anthony P. Patti |

JAMES H. MOON (CA SBN 268215)
　jamesmoon@dwt.com
DIANA PALACIOS (*admission pending*)
　dianapalcios@dwt.com
CRISTINA M. SALVATO (*admission pending*)
　cristinasalvato@dwt.com
JOEL RICHERT (*admission pending*)
　joelrichert@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants

JOSEPH A. BELLANCA (P71649)
　jbellanca@hertzschram.com
MATTHEW J. TURCHYN (P76482)
　mturchyn@hertzschram.com
HERTZ SCHRAM PC
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI 48302
Telephone: (248) 335-5000
Fax: (248) 335-3346

Attorneys for Plaintiffs

## JOINT STIPULATION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND

　　　Plaintiffs Toya Hankins, Marcus Amick, and Amos Arauz (collectively, "Plaintiffs"), and

defendants Titmouse, Inc., Amazon Content Services LLC, Chris Prynoski, and Shannon

Prynoski (collectively, "Defendants"), through their attorneys of record, hereby submit this joint stipulation pursuant to Federal Rule of Civil Procedure 6(b), requesting that the Court set and extend Defendants' time to respond to Plaintiff's First Amended Complaint, such that Defendants shall have up to and including **February 18, 2025**, to answer, move, or otherwise respond to such amended complaint.  The Parties represent as follows:

1. Plaintiffs filed an initial Complaint on or around October 10, 2024 (ECF No. 1), and a First Amended Complaint on or around December 5, 2024 (ECF No. 5).

2. On December 17, 2024, Plaintiff filed executed Waivers of Service for each of Defendants, such that Defendants currently have up to and including February 3, 2025, to answer, move, or otherwise respond to the First Amended Complaint.  *See* ECF Nos. 7-10.

3. On January 7, 2025, numerous destructive and deadly wildfires broke out within the county and city of Los Angeles, including the Palisades Fire, which has affected the Pacific Palisades neighborhood in Los Angeles, and the Eaton Fire, which has affected the area of Altadena, California.  Already these wildfires have been described "as some of the most destructive in state history[.]"[1]  Due to the ongoing effects of the fires, which have adversely impacted Defendants' counsel, the Parties now seek an extension for Defendants to answer, move, or otherwise respond to Plaintiff's First Amended Complaint.

4. Due to the unanticipated and unprecedented nature of the wildfires in the county and city of Los Angeles, and the accompanying disruption to daily life, good cause exists for the agreed brief extension.

---

[1] Samuel Granados, et al., *How the Destruction in Los Angeles Ranks in California's Fire History*, N.Y. TIMES (Jan. 9, 2025), available at https://www.nytimes.com/2025/01/12/us/californias-worst-wildfires-history.html.  *See also* Hannah Fry, et al., *One of the most destructive firestorms in L.A. history kills 5, burns 2,000 buildings*, L.A. TIMES (Jan. 8, 2025), available at https://www.latimes.com/california/story/2025-01-08/fire-weather-fierce-winds-los-angeles.

5.     Therefore, the Parties hereby stipulate and request that Defendants' deadline to answer, move, or otherwise respond to Plaintiff's First Amended Complaint be extended to **February 18, 2025**.

All signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 28, 2025

HERTZ SCHRAM PC
JOSEPH A. BELLANCA
MATTHEW J. TURCHYN

By: */s/ Joseph A. Bellanca*
　　　　Joseph A. Bellanca

Attorneys for Plaintiffs

DATED: January 28, 2025

DAVIS WRIGHT TREMAINE LLP
JAMES H. MOON
DIANA PALACIOS
CRISTINA M. SALVATO
JOEL RICHERT

By: */s/ James H. Moon*
　　　　James H. Moon

Attorneys for Defendants
.

3