# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TOYA HANKINS, MARCUS AMICK and AMOS ARAUZ,<br><br>Plaintiffs,<br><br>v.<br><br>TITMOUSE, INC., AMAZON CONTENT SERVICES LLC, CHRIS PRYNOSKI, SHANNON PRYNOSKI, MARK BROOKS, and TAL MOSCOVICI,<br><br>Defendants. | Case No. 2:24-cv-12682<br>Honorable: David M. Lawson<br>Magistrate: Anthony P. Patti |

## DECLARATION OF YING LIEU

I, Ying Lieu, declare:

1. I am over the age of eighteen and have personal knowledge of the matters stated below, and if called to testify, could and would competently testify to these facts.

2. I submit this declaration in support of (1) Defendants Titmouse Inc., Chris Prynoski, Shannon Prynoski, Mark Brooks, and Tal Moscovici's (collectively, "Titmouse Defendants") Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Venue and (2) Amazon Content Services' Joinder in Titmouse Defendants' Motion to Transfer Venue.

3. I am Head of Animation Production at Amazon Studios LLC, a subsidiary of Amazon Content Services LLC ("Amazon Content Services"). In this role, I am familiar with the television series *Fairfax*, which was developed and distributed by Amazon Content Services. Amazon Content Services commissioned Titmouse Inc. to produce the show.

4. Amazon Content Services is a Delaware limited liability company headquartered in Seattle, Washington.

5. Amazon Content Services' actions and decisions in connection with *Fairfax* were performed by employees based out of the Los Angeles metropolitan area. Most, if not all, of the Amazon Content Services and Amazon Studios employees with knowledge of the development, production, or exploitation of *Fairfax*, as well as any associated profits or losses, are located in the Los Angeles metropolitan area.

6. None of Amazon Content Services' involvement with *Fairfax* took place in Michigan. No one from Amazon Content Services traveled to Michigan in connection with *Fairfax*.

7. Amazon Content Services was unaware of any connections between the State of Michigan and any of the Plaintiffs in this case until it received a claim letter in this dispute.

8. To the extent paper files exist—which may contain communications and other documents about Amazon Content Services' production of *Fairfax*, should such evidence become relevant to the case—they are located in offices in the Los Angeles metropolitan area.

9. Should this case proceed to trial, and should it become necessary to produce Amazon Content Services or Amazon Studios employees at trial, it will be significantly more convenient and less expensive and burdensome if trial is held in Los Angeles as the majority of party and non-party witnesses are located in the Los Angeles area. Among other things, it would minimize travel time and would obviate the need to book airfare or hotel accommodations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___February 13, 2025___ at Culver City, California.



_____
Ying Lieu

3