# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOYA HANKINS, MARCUS AMICK          Case No. 2:24-cv-12682
and AMOS ARAUZ,                     Honorable: David M. Lawson
                                    Magistrate: Anthony P. Patti
                 Plaintiffs,

     v.

TITMOUSE INC., AMAZON CONTENT
SERVICES LLC, CHRIS PRYNOSKI,
SHANNON PRYNOSKI, MARK
BROOKS, and TAL MOSCOVICI,

                 Defendants.
_____

**<u>DECLARATION OF CHRIS PRYNOSKI</u>**

I, Chris Prynoski, declare:

1.     I am over the age of eighteen and have personal knowledge of the

matters stated below, and if called to testify, could and would competently testify

to these facts.

2.     I am the President, co-founder, and co-owner of Defendant Titmouse

Inc. ("Titmouse"). In connection with my work at Titmouse, I was credited as the

Executive Producer on the animated television series *Fairfax*.

3.     I submit this declaration in support of Defendants Titmouse, Chris

Prynoski, Shannon Prynoski, Mark Brooks, and Tal Moscovici's (collectively, the

"Titmouse Defendants") Motion to Dismiss for Lack of Personal Jurisdiction or, in
the Alternative, to Transfer Venue.

       4.      I live in Los Angeles, California and work at Titmouse's office in
Burbank, California.

       5.      I do not transact any business in Michigan related to the claims at
issue in this lawsuit.  I do not own, use, or possess real or tangible personal
property in Michigan.  I also have not contracted to insure any person, property, or
risk in Michigan, nor have I entered into any contract for services to be performed
or for materials to be furnished in Michigan in connection with the claims at issue
in this lawsuit.

       6.      None of my work in connection with *Fairfax* took place in Michigan.
I did not travel to Michigan in connection with my work on *Fairfax*, and to my
knowledge, have never communicated with anyone in Michigan in connection with
*Fairfax*.  The last time I traveled to Michigan was in November 2010.

       7.      I have no control over the distribution of *Fairfax*.  I did not personally
enter into any licensing agreement for the distribution of *Fairfax*, nor did I request,
require, or otherwise take any action to direct the distribution of *Fairfax* in
Michigan.  I do not receive any compensation specifically tied to the exploitation
of the series in Michigan.

8.     To the best of my knowledge, I did not have any contact with any of the Plaintiffs prior to this dispute and was unaware of any connections between the State of Michigan and any of the Plaintiffs in this case until my office received a claim letter in this dispute.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 13, 2025 at Los Angeles, California.

<br>

_____
Chris Prynoski