UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TOYA HANKINS, MARCUS AMICK and AMOS ARAUZ,<br><br>Plaintiffs,<br><br>v.<br><br>TITMOUSE INC., AMAZON CONTENT SERVICES LLC, CHRIS PRYNOSKI, SHANNON PRYNOSKI, MARK BROOKS, and TAL MOSCOVICI,<br><br>Defendants. | Case No. 2:24-cv-12682<br>Honorable: David M. Lawson<br>Magistrate: Anthony P. Patti |

**JOINDER OF DEFENDANT AMAZON CONTENT SERVICES LLC IN TITMOUSE DEFENDANTS' MOTION TO TRANSFER**

Defendant Amazon Content Services LLC hereby joins in Titmouse Inc., Chris Prynoski, Shannon Prynoski, Mark Brooks, and Tal Moscovici's (collectively, the "Titmouse Defendants") motion to transfer venue to the Central District of California pursuant to 28 U.S.C. § 1404(a) and adopts and incorporates by reference the argument submitted in Section IV of Titmouse Defendants' Memorandum of Law in support thereof.

DATED: February 18, 2025    Respectfully submitted,

By:     */s/ James H. Moon*
        James H. Moon

DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Tel: (213) 633-6800
Fax: (213) 633-6899
JAMES H. MOON
jamesmoon@dwt.com
DIANA PALACIOS (*admission forthcoming*)
dianapalacios@dwt.com
CRISTINA SALVATO (*admission forthcoming*)
tinasalvato@dwt.com
JOEL RICHERT (*admission forthcoming*)
joelrichert@dwt.com

*Attorneys for Defendants Titmouse Inc., Amazon Content Services LLC, Chris Prynoski, Shannon Prynoski, Mark Brooks, and Tal Moscovici*

4896-3476-8924v.1 0080059-000078

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2025, the foregoing document was filed and served electronically on all counsel of record via the Court's CM/ECF system.

By:     */s/ James H. Moon*
       James H. Moon

DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Tel: (213) 633-6800
Fax: (213) 633-6899
JAMES H. MOON
jamesmoon@dwt.com

*Attorneys for Defendants Titmouse Inc., Amazon Content Services LLC, Chris Prynoski, Shannon Prynoski, Mark Brooks, and Tal Moscovici*

4896-3476-8924v.1 0080059-000078