# EXHIBIT A

**"HILLSIDE LAKES"**

"The Big Break"
(Pilot)


Script by
Marcus Amick


Creators
Marcus Amick & Rey Arauz


**CONTACT**
Toya Hankins
313-743-7532
ToyaHankins@gmail.com

                                         ACT I

                                                              FADE IN:


EXT. HILLSIDE LAKES APARTMENT COMPLEX - DAY

An off key male singing voice can be heard as cars drive down
the fairly busy street.

There's a string of moderate-sized apartment complexes with a
neighborhood sign that reads "Hillside Lakes."

                         VOICE SINGING
                    Ain't no stopping us now, we're on
                    the move. Just like my balls after
                    some chilli...

The nerdy-looking ERIC (early 25, white) stands on the
sidewalk in front of the Spanish-style stucco apartment
complex with MAX (Eric's exotic bird) sitting on his
shoulder.

CLOSE UP:

It's now clear that Max, a cross between a traditional Parrot
and a Cockatoo, is the one singing.

                         MAX
                    (continuing to sing)
                    ...ain't no stopping us now, we got
                    the groove. And I got nothing to
                    prove.

Eric stands with a rather distant look as if he's
contemplating something very serious.

                         MAX (CONT'D)
                    You know, I was thinking...

Max's glowing demeanor quickly turns to frustrated one, upset
that Eric has interrupted his singing.

                         MAX (CONT'D)
                    Pardon me, but you've mistaken me
                    for someone who gives a shit.

Eric's facial expression gets more serious.

                         ERIC
                    No, really. What happens if this
                    reality show actually takes off..
                    and millions of people start
                    watching...
                            (MORE)

2.

                    ERIC (CONT'D)
       and my parents end up divorcing
       because of the embarrassment I've
       subjected them to...
       which leads my dad to commit
       suicide.

Max's demeanor grows even more intense.

                    MAX
         (interrupting Eric)
       Oh-h, don't you even THINK about
       backing out now.
       (beat)
       Besides, if your father was going
       to kill himself he would've done so
       the second your sorry ass was born.

A car zooms up full of rowdy teens, screeching to a halt as
they come to Max and Eric.

                TEEN IN CAR
        (yelling out car)
       Hey, check out the dude with the
       stupid looking bird on top of his
       shoulder.

Max sticks his neck out ruffling his feathers in an angry
demeanor, staring at the teen.

                    MAX
        (yelling at car)
       Uh, I think you mean check out the
       bird on top of the stupid looking
       dude, you idiot!

Max shakes his head as the car of teens zoom off. He then
turns to Eric in a much calmer demeanor, regaining his
composure.

               MAX (CONT'D)
       Now, there's a hell of an example
       of why the abortion vs. pro-life
       debate continues.
       (beat)
       I hope they hit a pole.

TALKING HEAD: (with images blurring in the background)

Eric stares deadpan into the camera, shrugging his shoulders.

3.

                    ERIC
               (in calm tone)
          Maybe my therapist was right, a dog
          might have been a better fit for my
          personality.


BACK TO SCENE:

Eric glances back to the door of the apartment building, then
looks at his cell phone, checking the time.

A number of Voices can be heard mumbling (off-camera)from a
short distance in front of Max and Eric.

Max pats his foot on Eric's shoulder as the two impatiently
wait in front of the complex.

                    MALE VOICE (OFF CAMERA)
               (in frustrated tone)
          Any idea when the rest of the group
          will be here?

A timid Eric turns looking in the direction of the voice.

                    MALE VOICE (CONT'D)
          This photo has to be shot today to
          pitch this reality show or it won't
          happen.

Max extends his neck with a frustrated look staring dead in
the direction of the Male Voice.

                    MAX
          What the hell do I look like –
          American Express Travel? How do I
          know what time they are going to be
          here?


EXT. HILLSIDE LAKES APARTMENT COMPLEX – DAY

The number "10" with a crooked "0" is planted on the door.


INT. HILLSIDE LAKES APARTMENT COMPLEX/NO. TEN – DAY

The cool-demeanored TONY (black, 23), a sound engineer, sits
on the couch leaning into his laptop while checking out a
baseball game on a mega flat screen TV.

An older woman's voice can be heard singing the "Sound of
Music" off key through the window from a neighboring
apartment, accompanied with the sound of a cat screeching.

4.

A guy and girl arguing can be faintly heard getting louder as
they make their way from a room in the back of the apartment.

Out of the hallway walks JOHNNY, a 24-year-old *Jersey Shore*-
type, and his bombshell pop star girlfriend, NIKKI (white,
23), arguing in what is clearly an ongoing thing.

                    NIKKI
          Who was that calling, Johnny?

                    JOHNNY
          Nobody.

                    NIKKI
          Really, nobody?

Tony shakes his head as he scours a number of items on
Craigslist on his laptop, seeming completely oblivious to
Johnny and Nikki's arguing.

Johnny picks up a pair of dumbbells and starts doing curls,
looking into a full-length mirror. He's now standing right in
front of Tony, blocking his roommate's view of the TV.

Tony glances up at Johnny as his roommate continues staring
in the mirror.

                    TONY
               (in calm tone)
          Sooo... you're really just gonna
          act like I'm NOT watching TV?

                    JOHNNY
          My fault, bro. Just trying to get
          the gorilla juices flowing before
          my debut.
               (beat)
          It's all about the gains, baby.

Johnny cracks a smile with a cocky demeanor, then starts
making his way to the kitchen area, still pumping the
dumbbells. Nikki chases behind him.

                    NIKKI
          Let me see your phone, Johnny.

Johnny abruptly stops, looking at Nikki.

                    JOHNNY
          Damn, you don't trust me?

                    NIKKI
          No, so let me see it.

5.

                    JOHNNY
          This is some Stage-5 clinger shit
          you're pullin! Like an invasion of
          my privacy, Nikki.

                    NIKKI
               (in nagging tone)
          No it ain't. I read it on eHarmony.
          They call it proof of commitment,
          Johnny.

Nikki stops staring at Johnny in a black "sista-like" pose.

                    NIKKI (CONT'D)
               (in sista-like slang)
          So UH, hand over the phone and show
          me your commitment.

Tony glances up at Nikki with a disgusted look, shaking his
head at her snapping into a black demeanor.

                    JOHNNY
          Oh, c'mon! You know all those
          dating sites do is convince people
          their relationship sucks to get 'em
          to sign up.
               (beat)
          It's stuff they sell to losers.
          It's all bullshit!

                    NIKKI
          It was on Instagram too, Johnny.

Johnny stops dead in his tracks with a look of disbelief.

                    JOHNNY
               (in serious tone)
          It was on Instagram?
               (beat)
          Get outta here...


INT. ABS STUDIOS - DAY

An EXEC sits at a conference table with his ASSISTANT, a
PRODUCER, and ASSOCIATE PRODUCER SAM (24), a tomboyish
brunette, holding a notepad.

A photo of DR. PRATT, a balding Dr. Phil-looking character,
is pictured on the wall along with the signage, ABS STUDIOS.

6.

                    EXEC
          We need something exciting, big,
          ground breaking that really pulls
          in younger viewers for Dr. Pratt's
          live summer premiere in Malibu.

                    SAM
          How about him parasailing into
          Malibu Beach and landing on shore
          just as the show opens.
          (beat)
          Dr. Pratt has always talked about
          conquering his fear of heights and
          it seems to fit the theme of the
          season, "No Limits in Life."

CUT TO:

An image pops up of an overweight Dr. Pratt(wearing a bright
orange sweat-suit and a pair of goofy pink goggles)
parasailing into a crowd of people standing on a beach
cheering him on.


BACK TO SCENE:

The Assistant sits pondering the idea with a look of
uncertainty.

                    ASSISTANT
          Could work.

The Top Exec turns to Sam, shaking his head no.

                    EXEC
          Ah, too boring.

The Assistant and Producer nod in agreement with the Exec.

                    PRODUCER
          How about holding the entire show
          in a huge kid's ball pit full of
          walnuts.
          (beat)
          It's different, youthful.

CUT TO:

Dr. Pratt (now wearing a tight fitting dress suit, which
reveals how overweight he is) bounces around in a kids' pit
full of oversized walnuts with a group of young audience
members.

7.

BACK TO SCENE:

                    TOP EXEC
          I like it.

                    ASSISTANT
          That's perfect!

                    SAM
          Isn't Dr. Pratt allergic to nuts?

Everyone pauses in deep thought.


CUT TO:

Dr. Pratt pops up from the pit of walnuts with the Dr. Phil
like character breaking out with scores of bumps.


BACK TO SCENE:

                    PRODUCER
          What about a pool of pistachio ice
          cream instead?

The Exec sits pondering the idea.


CUT TO:

Now wearing a pair of tight powder blue swimming trunks and
the same goofy pink goggles, the overweight Dr. Pratt swims
around in a pool of pistachio ice cream.


BACK TO SCENE:

                    EXEC
               (in exciting tone)
          Yeah, a pool of pistachio ice
          cream. That's even better.

                    ASSISTANT
          Brilliant! I absolutely love it.

                    SAM
          You guys do know pistachios are a
          nut?

                    ASSISTANT
          They are?

8.

                        SAM
        Uh, yeah.


CUT TO:

The balding Dr. Pratt pops out of the pool with a lot of big
red bumps forming all over his overweight body.


BACK TO SCENE:

The Exec, Assistant and Producer all start mumbling to each
other getting into a deep conversation about pistachios being
a nut.

Sam stares at them, shaking her head.

The Exec suddenly pops up out of his seat, excited.

                        EXEC
                I think I got it!
                (beat)
                How about him parasailing into
                Malibu Beach and landing on shore
                just as the show opens. Dr. Pratt
                has always talked about conquering
                his fear of heights and it seems to
                fit the theme of the season, No
                Limits in Life.


CUT TO:

An image pops up of an overweight Dr. Pratt (wearing the
tight powder blue swimming trunks and the goofy pink goggles)
parasailing into a crowd of young people on a beach cheering
him on.


BACK TO SCENE:

                        PRODUCER
                Great idea!

                        ASSISTANT
                Love it!

Sam glances around the table, smiling, seeming completely
unphazed by the fact that the Exec essentially repeated her
idea verbatim.

                        EXEC
                Did you get all that, Sam?

9.

Scribbling in the notepad, Sam looks up at the Exec, smiling.

                    SAM
          Yup.

A quick pan of the notepad shows where Sam has scribbled
"Look For Another Job" on the otherwise blank sheet of
notebook paper.


EXT. BUSY HOLLYWOOD STREET - DAY

A storefront with the signage HOLLYWOOD'S HOUSE OF WEEDS sits
flanked by a doughnut shop called DUDES & DONUTS and a tattoo
parlor called DIRTY TATS.

A security-looking buffed male in a "Men In Black" type suit
stands outside the marijuana spot talking into his earpiece,
checking out the surroundings. He turns eyeing a group of odd
looking men standing outside the doughnut shop.

Suddenly, a celebrity-type wearing dark sunglasses walks out
of the weed store. The buffed security male quickly runs up
to a black Suburban-like SUV, opening the door for the
celebrity who quickly hops in the vehicle.


INT. HOLLYWOOD HOUSE OF WEEDS - DAY

MIKE (26), a blonde haired surfer-type, stands holding his
skateboard looking through a glass display of different trays
of marijuana. The skater, who rooms with Tony and Johnny,
pulls off his mega headphones as a MEXICAN HIPPIE walks up to
him from behind the counter.

                    MEXICAN HIPPIE
          What moves you, bro?

                    MIKE
          I'm looking for some weed to help
          me prepare for a role on a TV show.

                    MEXICAN HIPPIE
          What kind of show is it?

Flinging his long black hair out of his face, the Hippie
snatches out a tray of weed labeled "For TV Shows."

                    MEXICAN HIPPIE (CONT'D)
             (rattling off)
          Comedy, one hour drama, police
          procedural, sci-fi, animation, post
          apocalypse...?

                    MIKE
          It's for a reality show.

The hippie quickly pulls out another tray of weed labeled
"Strictly for Reality Shows."

                    MEXICAN HIPPIE
          What kind of reality show?

Mike looks at the Mexican Hippie with a puzzled look.

                    MEXICAN HIPPIE (CONT'D)
                    (rattling off)
          Travel adventures, crazy family
          issues, police or medical, food and
          cooking, businesses or home
          improvement, animals and
          wildlife...?

Mike stares at the scores of different piles of weed, then
glances at the hippie, scratching his head.

                    MIKE
          Uh, probably crazy family issues
          with a little animals and wildlife.

The Mexican Hippie grabs a stash of weed from the tray,
holding it up to Mike.

                    MEXICAN HIPPIE
          Here. This is what you need, man.

The Mexican Hippie nods, smiling.

                    MEXICAN HIPPIE (CONT'D)
                    (in melodic tone)
          It keeps you really mellow when
          dealing with the things you can
          encounter in the wild or with crazy
          ass family members. But it doesn't
          take you too far out of it where
          you can't deliver the kind of drama
          you'll need on camera to get your
          own show one day.

Mike gives the Mexican Hippie a nod.

                    MEXICAN HIPPIE (CONT'D)
          You want to try it?

Mike cracks a huge smile.

                    **END of ACT 1**

11.

## ACT II

EXT. HOLLYWOOD HOUSE OF WEEDS/BACK ROOM - DAY

Mike and the Mexican Hippie sit on a stack of boxes, clearly stoned.

A clock in the room reads 11:45 a.m.

CUT TO:

EXT. HOLLYWOOD HOUSE OF WEEDS/BACK ROOM - DAY

The clock in the room shows the time spinning to 12:30 p.m.

The Mexican Hippie and Mike are now laid completely flat on a stack of boxes stoned, devouring doughnut after doughnut staring at the ceiling.

CUT TO:

EXT. HOLLYWOOD HOSE OF WEEDS/BACK ROOM - DAY

The clock in the room shows the time spinning to 2:13 p.m.

Mike and the Mexican Hippie are now standing up energetically comparing fresh tattoos they've gotten of marijuana leaves on their chest that look infected.

EXT. HILLSIDE LAKES APARTMENT COMPLEX - DAY

Max continues patting his foot on Eric's shoulder as they impatiently wait in front of the complex.

Tony, who rooms with Mike and Johnny, comes strolling out of the apartment building, walking down the steps.

                    TONY
                (in mellow tone)
            Yo, what up?

                    MAX
                (in perky tone)
            How they hangin', Tony?

                    ERIC
            Hey, Tony.

12.

Suddenly, Mike rolls up to the apartment complex on a
skateboard with his headphones on listening to the *Next
Episode* by Dr. Dre.

The now seriously stoned skater pulls off his headphones,
then kicks his skateboard up in his hand.

>                    MIKE
>               (in excited tone)
>          What up, dudes?

>                    ERIC
>          Hey, Mike.

Max greets Mike with a fake grin.

Mike turns to Tony with a cool surfer-like demeanor.

>                    MIKE
>          What up, bro?

Now holding his skateboard, Mike nods his head looking in the
direction of the Unidentified Voices (off screen).

>                    MIKE (CONT'D)
>          This is pretty sweet, man -- a
>          photographer shooting us to pitch a
>          reality show?

POV: Cameraman's lens zooms in setting up frame for photo.

BACK TO SCENE:

>                    MAX
>               (grunting)
>          I think it sucks.

Cocking his neck, Mike leans to his side shrugging his
shoulder with a surprised look (one of his signature moves).

>                    MIKE
>          *WHHHaaaaTTT?* First we do the
>          reality show, then merchandising.
>          Pretty soon we'll be *rolllliiing* in
>          the dinero, baby!!

Facing the screen, an ecstatic Mike extends his arms rolling
out a ticket-roll of dollar bills (from each hand) as his
eyes bulge out with dollar signs in his pupils.

TALKING HEAD: (with images blurring in the background)

Max stares dead into the camera with a demeaning look.

13.

                    MAX
          He's an idiot.

BACK TO SCENE:

Max turns to Tony.

                    MAX (CONT'D)
          Hey, Tony.
          (beat)
          You don't think this reality show
          will have me thinking I'm a wolf or
          some other wild animal, do you?

Max's tone grows more concerned.

                    MAX (CONT'D)
          I've heard some scary stories of
          people completely losing their
          identity with these things?

Looking at Tony, Max inconspicuously tilts his head at Eric
as he sits on the nerd's shoulder.

                    MAX (CONT'D)
          It's not like I can count on *you-
          know-who* here to keep me leveled if
          this show does go through.

                    TONY
          Nah, you should be cool.

                    MAX
          Okey dokes!

                    MALE VOICE (OFF CAMERA)
          Hey, can somebody check on the rest
          of the group?
          (beat)
          This is frickin' ridiculous.

                    ERIC
              (in somber tone)
          It is getting rather late.

                    MAX
          Oh, like you got something better
          to do.

Mike glances at Tony with a curious look.

                    MIKE
          Where's Johnny and Nikki?

14.

Tony shakes his head, raising an eyebrow.

> TONY
> Ah, ya know – they're coming.

Mike takes out his cell phone.

> MIKE
> Let me call Sam and see where she's
> at.

EXT. UNIDENTIFIED STREET – DAY

An all–black customized Mustang-like vehicle drives down the
street, engine revving.

INT. BLACK MUSTANG-LIKE CONVERTIBLE – DAY

Sam sits in the convertible having a conversation via the
car's Bluetooth.

A bustling Hollywood-like street scene is in the backdrop.

> UNIDENTIFIED MALE CALLER
> (on in-car speakerphone)
> So, I was thinking maybe if you're
> not busy later we could meet up for
> some sushi in Santa Monica.

An annoyed looking Sam glances at the call indicator on the
dash that reads "Boring Hot Writer," a name she's obviously
given the Male Caller in her cell's contact list.

> SAM
> (in sarcastic tone)
> Sushi in Santa Monica. Uh, let me
> think about it.
> (beat)
> Uh, no.

> UNIDENTIFIED MALE CALLER
> What? You don't want to sit out by
> the Pier and watch the sunset?

Sam shakes her head sighing just as  her phone rings with
another call via the car's Bluetooth. The Associate Producer
looks, seeing an incoming call from Mike, her neighbor.

> SAM
> (sighing)
> Oh God, I need to take this call.

15.

                    UNIDENTIFIED MALE CALLER
          Should I call you back...

Sam abruptly pushes a button on the steering wheel to answer
Mike's call, completely cutting the "Boring Hot Writer" off.

Sam immediately perks up.

                    SAM
          I'm almost there.


EXT. HILLSIDE LAKES APARTMENT COMPLEX - DAY

                    MIKE
               (on phone)
          Right on!


INT. BLACK MUSTANG-LIKE CONVERTIBLE - DAY

Sam pushes end call on the steering wheel, shaking her head.

                    SAM
               (to herself)
          Really? Watching the sunset? Yeah,
          because that's a date a girl from
          Southern California can't afford to
          turn down.


EXT. HILLSIDE LAKES APARTMENT COMPLEX - DAY

Mike, Tony, and Eric and Max are standing outside on the
walkway when the sound of two people fussing can be heard
making their way out of the building.

Johnny and Nikki walk out of the apartment complex still
arguing.

                    JOHNNY
               (in nonchalant tone)
          Nikki, I told you, I don't know
          how she got my number.

                    NIKKI
               (in sista like tone)
          Yes you do Johnny, you're lying!

While on the porch, the cocky but too-cool Johnny, looks into
the lens of Nikki's sunglasses, using them as a mirror to
check out his appearance.

16.

                    JOHNNY
               (talking to himself)
          Damn, Johnny, why you so sexy,
          baby?

                    NIKKI
               (interrupting Johnny)
          Really? I know you ARE not playing
          me like that...

Max and Tony exchange stares over the routine feud between
the two lovebirds just as Nikki looks down the stairs seeming
to recognize the unidentified male off camera. She quickly
pushes Johnny to the side, lifting her sunglasses for a
better view.

                    NIKKI (CONT'D)
               (now in Valley Girl voice)
          Oh my god, Johnny, had I known the
          cartoon guy was gonna be here I
          would have had hair and makeup.

The pop star quickly takes on a more glamour like pose,
scrambling to fix her hair and clothes in classic diva-like
form.

                    NIKKI (CONT'D)
               (in a glamorous demeanor)
          My fans always expect me to look
          *fabulous*.

Max's fohawk suddenly takes the form of long hair mocking
Nikki with female head gestures and body movements.

Tony looks at Nikki in a disgusted manner shaking his head.

                    MALE VOICE (O.C.)
               (interrupting Nikki)
          Okay!

The group turns looking towards the voice.

                    MALE VOICE (O.C.) (CONT'D)
          How about we just start lining up
          for the shot.
               (beat)
          Clearly, if the other three wanted
          to be in the show they would have
          been here on time.

Johnny and Nikki make their way down the steps of the
apartment building joining Eric, Max, and Mike as they all
start trying to line up for the photo in utter confusion.

17.

CLOSE UP:

Johnny stands in a classic "Jersey Shore" like demeanor.

> JOHNNY
> Yo, let me see this photo before
> you turn it in. I don't want to
> come off looking like a f**king
> jerk-off.

As Johnny is speaking, the group finally lines up in front of
the complex with Tony (left), Eric, Max, and Mike on the
front row. Behind them on the third step stands Nikki (left)
and Johnny.

CLOSE UP:

Max has a sarcastic smirk.

> MAX
> (chuckling)
> I'm sure there's nothing he can do
> about that.

Tony stands in the same spot he's been in shaking his head in
dismay as the others try to get organized.

> TONY
> You guys do realize that we're only
> taking a picture, right?

PAN TO:

Eric stands with a concerned look with Max on his shoulder.

> ERIC
> Hopefully we're not out here too
> long. My weather App says the UV
> rays from the sun are expected to
> be the highest they've been in
> months.

> MAX
> Shut up, Eric!

SHARIF, the 52-year-old Armenian apartment manager, comes
barging out of the building with his gold chains dangling on
his hairy chest.

Just as the door shuts behind Sharif a female voice, SHARIF'S
WIFE, can be heard (not seen) yelling in Armenian from an
open patio window of the apartment building.

18.

                        SHARIF'S WIFE
                   (in Armenian w/subtitles)
              Nobody wants to watch you on TV.

Sharif grabs the rail of the building in front of the complex
with an angry look.

                          SHARIF
                   (in Armenian w/subtitles)
              You wait, I'm going to be famous.

The apartment manager makes his way down the steps standing
near Johnny. Nikki stands off to the side checking herself
out in a purse-size makeup mirror.

Johnny turns to Sharif, who now stands on the same step,
trying to greet the building manager with a handshake.

                          JOHNNY
                 Sherif, what's up, baby?

Sharif pushes Johnny's hand to the side and throws his hands
up in the air in a frustrated demeanor.

                          SHARIF
                   (in angry Armenian accent)
              It's ShA-Reef! ShA-Reef!

A car door can be heard slamming in the background (from
left). A frantic Sam comes running up to the group, squeezing
in between Max and Mike.

                          SAM
                 Sorry I'm late. Things were so
                 crazy at the studio.

Max glances at Sam, shrugging his shoulders with a disgusted
look as the Associate Producer scrambles to line up in
between him and Mike.

                          MAX
                   (in sarcastic tone)
                 Oh, how considerate of you *Mrs.
                 Hollywood,* to grace us with your
                 presence.

                       MALE VOICE (O.C.)
                   (in frustrated tone)
                 You know guys, maybe you're just
                 not ready for TV.

                          JOHNNY
                 Yo, is this guy serious?

19.

>                    MAX
>           Take the DAMN picture already!

>                    MIKE
>           Yeah, bro.

Tony stands with the others with a look of complete
disinterest in taking the picture.

>                    TONY
>               (shaking his head)
>           This thing will never get picked
>           up.
>               (beat)
>           Who'd watch a show about some
>           wannabes and a white chick better
>           off on *Housewives of Atlanta*.

PAN TO:

Nikki stands in a classic "Real Housewives of Atlanta" (RHOA)
glamour shot with her name to the left snapping a batik fan
open, fanning herself (Kenya Moore style).

The pop figure's hair lightly blows in the wind as stars and
cameras flash in the background (mimicking RHOA's intro) as
the theme music from the housewives' show plays.

Sharif, now standing near Sam, stares in the direction of the
Unidentified Male (off camera).

>                    SHARIF
>           Hey you, take the picture now, I
>           work very hard to look good for
>           *ladies.*

Sam frowns with a disgusted look over Sharif's comment.

>                    SAM
>           Ew, now that I'm completely grossed
>           out - can he just take the photo?

>                    MALE VOICE (O.C.)
>           Where is this 'Butter' guy? I can't
>           wait any longer.

Max's demeanor grows more impatient.

>                    MAX
>           For god sake, who gives a sh*t.
>           Just take the damn picture without
>           his sorry ass.

The Male Voice (still off camera) lets out a huge sigh.

20.

>                   UNIDENTIFIED MALE VOICE (O.C)
>           Okay, let's shoot this.

POV: Camera lens focusing shows Johnny waving his hands.

>                   JOHNNY
>           Wait, hold up, give me a sec...

>                   UNIDENTIFIED MALE VOICE (O.C.)
>               (frustrated)
>           What now?

BACK TO SCENE:

Johnny stands among the group of neighbors trying to adjust
his shirt. Nikki tuns to help him.

The others in the group all start talking among themselves
waiting for Johnny and Nikki.

The Male Voice (off camera) can be heard angrily conversing
with some other voices (off camera) as a creepy squeaking
sound can be heard coming down the street.

As the squeaking gets closer, the talking among the group and
the male voice (off camera) grows noticeably quiet.

The entire group of neighbors now stand in complete silence,
turning all their attention to the squeaking sound as it gets
closer to the group.

A MANSON-LIKE CHARACTER slowly pushing a packed grocery cart
in the street and wearing a black trench coat stops right in
front of the group.

The clouds above the apartment complex go mysteriously dark
and gloomy as creepy music starts to play in the background.

The Manson-Like Character turns, staring at the group with a
creepy, sinister look.

In unison, the neighbors all glance at the Manson-Like
Character's packed grocery cart, then at him, then back at
his cart.

Tony seems a little more nervous than the others in the
group.

                        **END OF ACT II**

21.

**ACT III**

EXT. HILLSIDE LAKES APARTMENT COMPLEX- DAY

The Manson-Like Character stares wildly at the group, then
zeroes in on Tony.

Tony's demeanor turns noticeably awkward as Max, Eric, Mike,
Johnny, Nikki, Sharif nervously start looking at each other
watching the Manson-Like Character as the creepy music
continues to play.

     MANSON-LIKE CHARACTER
    (in creepy tone)
   Hey, Tony.

The Manson-Like Character slowly reaches into the grocery
cart, quickly pulling out a desktop computer among an array
of items.

     MANSON-LIKE CHARACTER (CONT'D)
   Got this desktop?

Tony starts sweating, acting as if he doesn't hear the man
talking to him as the others turn staring at the creepy
character.

Tony quickly glances at the group Max, then turns staring at
the Manson-Like Character, fervently shaking his head no
trying to look inconspicuous.

The Manson-Like Character dips his hand back into the cart
again slowly, this time quickly pulling out an air
conditioner, holding it up.

There's a brief pause.

     MANSON-LIKE CHARACTER (CONT'D)
    (in creepy tone)
   Fifty bucks?

     TONY
    (in nervous tone)
   I'm good.

Max, Eric and Mike turn to Tony who now has sweat beading
across his forehead.

Tony quickly shakes his head no to the man, trying to
inconspicuously nod the creepy man to move along.

The Manson-Like Character then opens his coat, revealing
dozen of cell phones attached to the inside of his coat.

22.

                        MANSON-LIKE CHARACTER
                How about a phone?

Tony's eyeballs quickly jolt glancing at the group, then the
man, then straight ahead clearly embarrassed by the
encounter.

                        TONY
                    (in frantic tone)
                Mine works fine.

The Manson-Like Character shrugs his shoulder with a confused
look and then turns continuing to push his cart squeaking
down the street as Max, Eric, Mike, Johnny, Nikki, Sharif
watch him.

Tony continues staring dead ahead, slowly becoming more
relaxed as the screeching of the cart fades.

Suddenly the song "Poison" by Bell Biv Devoe can be heard
blasting from a vehicle pulling up (off camera). Then there's
the sound of the vehicle's door slamming shut with the music
going silent.

The entire group turns staring in the direction of where the
music is coming from.

BUTTAH, the black 41 year-old CEO and president of Buttah
Milk Productions, walks up humming the song "Poison" wearing
one of his signature velour sweat suits.

Tony, who works for Buttah, shakes his head.

                        TONY (CONT'D)
                    (in Spanish sighing)
                Here comes this guy.

                        BUTTAH
                Now I KNOW y'all ain't taking the
                picture without Buttah. What, no
                room for another N***a?

                        MAX
                    (laughing)
                We got plenty of room for those. We
                just don't have room for any more
                assholes.

Buttah's demeanor gets a bit more serious.

                        BUTTAH
                    (slowly ranting)
            Oh, I SEE, this is all part of a
            ploy to keep the black man at a
            certain level in the entertainment
            industry...

Being black himself, Tony sinks his shoulders with a look of
embarrassment over Buttah's ranting, which is clearly an
ongoing thing.

                        TONY
            Buttah, c'mon on man, not now.

TALKING HEAD: (with images blurring in the background)

A frustrated Tony stares dead into the camera.

                        TONY (CONT'D)
                    (shaking his head)
            He can be so embarrassing!

BACK TO SCENE:

It's now revealed that the MALE VOICE (off camera) is that of
the big animation creator, SETH MACFARLANE, as he throws his
hands up in the air.

                        SETH MACFARLANE
            You know what, I'm done.

A short, overweight, white male holding a camera and a blonde
white assistant holding a clipboard stand next to Seth with
an intimidated look.

                        SETH MACFARLANE (CONT'D)
            This will never work.

Seth turns to his cameraman and assistant, signaling it's a
wrap.

                        SETH MACFARLANE (CONT'D)
                    (to cameraman & assistant)
            I'll see you guys back at the
            studio.

A frustrated Seth hits the remote to his car as he walks
away.

                        SETH MCFARLANE
            Un-frickin' believable.

24.

The group of neighbors stand staring in the direction of Seth
walking away (off screen) as the sound of futuristic-like
doors can be heard opening.

CLOSE UP:

Max shakes his head.

                    MAX
          So it is true Sam, all you guys in
          this business are assholes.

CUT TO:

Sam rolls her eyes.

                    MAX (CONT'D)
          This *Seth* spins a story about
          Winnie the Pooh, calls him TED,
          makes millions, and expects us to
          bow down to him.

                    TONY
          Yeah, I guess this guy just can't
          *handle* doing something original.

The sound of the futuristic car doors closing can be heard
with the car's engine starting.

Seconds later, the sound of a futuristic car is heard
approaching.

Suddenly, the theme music from *Back to the Future* starts
playing as the car, a DeLorean, passes the group speeding by.
The car's tires squealing leaves a cloud of billowing smoke
covering the group as the *Back to the Future* theme music
continues to play.

Coughs can be heard in the smoke as the car speeds down the
street with fire coming out of the exhaust.

CLOSE UP:

Mike stands in the group, appearing to have gotten a quick
high from the car fumes.

                    MIKE
          (inhaling smoke)
          That must be that Michelin Gold,
          man.

CUT TO:

Max sits on Eric's shoulder coughing, flapping his wing to

25.

try to clear the air.

                    MAX
                (coughing)
            I hope THAT dumb bastard hits a
            pole.

TALKING HEAD: (with images blurring in the background)

Shaking his head, Johnny stares dead into the camera.

                    JOHNNY
            This douchebag's really breaking my
            balls right now. He goes from
            having three of the hottest shows
            on TV...to a shitty ass western
            movie...to taking pictures,
            something any jerk off could do,
            but can't cut us a f**kin' break?


BACK TO SCENE:

A frustrated Sharif (now on the porch) lights a cigarette as
he makes his way to the door. The Armenian's wife can be
heard yelling from the window.

                    SHARIF'S WIFE
                (in Armenian w/subtitles)
            I told you.

Sharif glances at the window as he walks into the building.

                    SHARIF
                (in Armenian w/subtitles)
            Ah, shut up!

Nikki and Johnny walk up the steps heading back into the
apartment complex.

                    JOHNNY
            Well, there goes my big acting
            break.

Johnny's demeanor grows more upbeat.

                    JOHNNY (CONT'D)
            Screw it, I'll just go hit the gym.

Nikki quickly turns to Johnny with a menacing look just as
the couple reach the top porch of the apartment complex.

26.

                    NIKKI
               (in an angry tone)
          I know you did not blow MY day for
          you to turn around and say, you are
          going to work out.

Nikki then storms toward the apartment's door opening it.
Johnny follows behind trying to catch her.

                    JOHNNY
          Babe, why you trippin'?

                    NIKKI
          You are so full of...

The door slams shut just as Nikki says "shit."

Still sitting on Eric's shoulder, Max turns to the somber
nerd with a frustrated look. Out of nowhere, Max expands a
wing and slaps Eric across the face.

                    MAX
          See, I told you. I knew this was a
          waste of my time. Get me back
          inside, I'm missing my reruns of
          Soul Train.

Still coughing from the billowing smoke, Eric turns making
his way up the steps to head into the complex with Max on his
shoulder.

                    ERIC
               (walking into building)
          If I don't wake up, you'll know
          it's from all of the carbon dioxide
          I took in.

                    MAX
          Shut the f**k up Eric.

                    ERIC
          I'm serious did you know....

The doors closes cutting Eric's sentence short.

Sam starts making her way up the steps to enter the apartment
complex with Tony and Mike following behind.

                    SAM
               (with a concerned look)
          Let me call my dad and see what he
          can do. *Maybe* there's another
          network that would be interested.

27.

Tony cracks a sarcastic smile.

                    TONY
          Don't even bother wasting his time.

                    MIKE
          Hey Tony, you down for a movie?

                    TONY
          I'm down.

                    MIKE
               (in ecstatic tone)
          Awesome, dude! How about that *Rise
          of The Monkeys II*? I hear it's
          sick, especially if you're high.

Sam grabs the door holding it open for Tony and Mike
following behind.

                    TONY
          Oh yeah, that's cool.

Tony glances around to make sure nobody else is listening.

                    TONY (CONT'D)
               (in low tone)
          Let me just go sell this amp real
          quick.

                    MIKE
          No worries.

Buttah watches everyone going into the apartment complex.

                    BUTTAH
               (in sarcastic tone)
          Oh yeah, bye to you too, not that
          anybody cares.

Buttah then turns walking towards his car which is to the
right of the apartment complex (walking away from it).

                    BUTTAH (CONT'D)
               (ranting to himself)
          Who the HELL was that cat anyway –
          talking about this AIN'T gone work?
               (beat)
          Lose the chain n***a, 'cause I'm
          off it.

POV: Camera moves to sky shot of a "Hollywood Hills" type
setting with the HILLSIDE LAKES banner.

28.

There's the sound of Buttah opening his car door, then
shutting it.

                    BUTTAH (NOW O.C.) (CONT'D)
              Buttah don't need no TV show.
              Buttah GOT Buttah Milk Productions,
              Buttah GOT Buttah Milk T-Shirts,
              Buttah Milk Pencils, Buttah Milk
              Rubix Cubes...

There's the sound of Buttah starting his SUV.

                    BUTTAH (STILL O.C) (CONT'D)
              Buttah GOT Buttah Milk Jordans.
              Hell, Buttah GOT Buttah Milk Buttah
              Milk. Buttah also got heart 'cause
              Buttah got a charity. Who the hell
              he think he is?


EXT. HILLSIDE LAKES APARTMENT COMPLEX - DAY

The window of an apartment labeled with the number "4" is
cracked open half way.

The sound of someone clicking through TV channels can be
heard playing through the window. The sound stops, capturing
the voice of *Soul Train* host Don Cornelius introducing the
song, *Whip It.*

                    MAX
                 (in excited tone)
              Just in time.

*Whip It* continues playing with the sound of some clapping and
cheering coming from the TV.

                    MAX (CONT'D)
              These Soul Train dancers are a
              f**king riot.
                 (beat)
              At least this day isn't a total
              waste.

There's a brief pause.

                    MAX (CONT'D)
              Okay, who's the smart ass who left
              me crackers on the coffee table?
              They know I don't eat this shit!
                 (beat)
              Eric! Eric!

                                   **FADE TO BLACK.**



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopies are a true representation of the work entitled **HILLSIDE LAKES "THE BIG BREAK" PILOT** deposited in the Copyright Office with a claim of copyright registered under number **PAu 4-109-634.**

**THIS IS TO CERTIFY ALSO**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on January 15, 2025.

Shira Perlmutter
United States Register of Copyrights and Director

By:    Angela Hightower
       Supervisory Copyright Specialist
       Records Research and Certification Division
       Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.