# EXHIBIT B



# Pitch Bible

**Contact:**
**Marcus Amick**
**313.433.3414**
**marcusamick@gmail.com**

**WGA# 1570025**

Marcus Amick • All Rights Reserved. • Management: Project Producers LLC.



## CONTENTS

Overview.............................................................. 3

Meet the Crew.................................................... 4

Welcome to Hillside Lakes................................. 13

Potential Episodes............................................ 15



**LOGLINE:**
**A group of dysfunctional 20-somethings on the outskirts of Hollywood find themselves living a life as bizarre as the neighborhood they call home.**

## OVERVIEW

Set in a fictitious LA neighborhood, "Hillside Lakes" is a half-hour, adult-animated TV comedy series centered on the wacky world of roommates MIKE, TONY, JOHNNY, and their neighbors ERIC and SAMANTHA, who goes by SAM.

Oh, and Eric's foulmouthed bird, MAX, who is quick to reply – "Hey asshole, do I look like I eat crackers?" – at the suggestion of him doing any parrot-like tricks.

Developed in the vein of *The Simpsons* and *Family Guy* as the next-gen adult animation, "Hillside Lakes" is one odd place. In fact, most will find it pretty wild, whether hanging out at the clan's apartment where a simple disagreement can quickly turn into a UFC-style brawl – or stopping by "Mr. Speedy," the 24-hour convenience store where the aspiring stuntman, Mike, insists on getting high before clocking in for his midnight shift.

There's "Buttah Milk Productions," where the often too frank Tony works as a music engineer for David "BUTTAH" Jones, a former pro football player who can't seem to shake the '80s or decide whether he's "pro black" or not.

The misadventures also include following the cocky Italian, Johnny, an aspiring actor who works as a trainer at the neighborhood gym, "Caliworld Fitness." Then, there's the introvert, Eric, who manages to find a doom and gloom view on just about everything – and Sam, an associate producer for the "Dr. Pratt Show," who lives by the principle that one-night stands are always better than relationships.

The warped world of "Hillside Lakes" also includes SHARIF, the perverted 52-year-old married Armenian who manages the apartment building and is suspected of being a peeping tom. Lastly, but no less a ringleader in the madness, is Johnny's diva girlfriend, NIKKI, a white pop singer from Orlando whose ghetto mannerisms irks everybody – particularly Tony, because he's Black .

From a typical day at the apartment, to an impromptu street performance at The Santa Monica Promenade, "Hillside Lakes" is a never-ending series of comedic drama – all of which is intended to mock how crazy the world of Hollywood really is.

Think *Seinfeld* meets *That '70s Show* as a cranked up animated TV series.

Marcus Amick • All Rights Reserved. • Management: Project Producers LLC.



## Nope, this ain't Hollywood

**– even though it's not that far from the popular tourist attraction.**

**In fact, this place is a whole lot weirder.**

**Located less than a mile from the heart of Tinseltown, it's one of the few places in Southern California where you'll find A-Listers, Hollywood wannabes and those who could  "give a sh*t about some celebrity tabloid queen who has an egg boiling in her nest" (as Max puts it), all in one neighborhood.**

**Yup, welcome to the wacky world of Hillside Lakes where the crazier it is, the more normal it is.**

### What do we mean?

Well, for starters, there's the 60-year-old apartment complex at 1808 Calumet Ave. where Max, Eric, Johnny, Mike, Tony, Sam and the building's perverted 52-year-old building manager, Sharif, all reside.

The apartment's pool area serves as grounds for public debates on everything from gay gun rights to deporting hipsters; the eighty-year-old neighbor's seven dogs are allowed to roam the premises freely; and "do-it-yourself" is the standard motto for getting anything fixed at the complex.

The place has all the makings for a "cool little lily pad in the water of life, bro" as the stoner, Mike, puts it – even though nobody actually knows what that means (Tony: WTF!?).

Marcus Amick • All Rights Reserved. • Management: Project Producers LLC.

Loosely based on LA's Thai Town and Los Feliz neighborhoods, the fictitious Hillside Lakes sits in the shadows of Hollywood and iconic landmarks like the Rahmen's Asian Theater and Capitoline Records where Johnny's girlfriend, Nikki, is signed as major pop star.

Still, most who live in the neighborhood hardly ever venture down Hollywood Blvd. unless for work – and whenever they do, it always is an unforgettable outing.

After all, you can find just about everything you need in Hillside Lakes.

There's Mr. Speedy, the neighborhood convenience store and gas station where the stoner and aspiring stuntman, Mike, works the midnight shift with Chris (an Asian in denial of his identity) and their store manager, Ahmen.

Then there's Caliworld Fitness, the neighborhood gym where Johnny (the aspiring actor) is a trainer and a 300 pound guy wearing a tank top and tight football pants doing somersaults is pretty normal.

Coca Town, the area coffee shop that is run by a white Rastafarian that doubles as a medical marijuana dispensary, serves up some of the best lattes in Southern California.

Even Buttah Milk Productions, the music company owned by David "Buttah" Jones where Tony works, is located in Hillside Lakes. Not that there would ever be a reason to go there unless you're in need of some old school eighties jingle for a throwback TV commercial or music video. Buttah, however, swears one day somebody's going to walk through the door and want to sign his corny rap group, Deeper Underground, to a major record deal – even though they really can't rap.

Hillside Lakes is also home to a Randy's Supermarket, a California grocery chain that has a psychic on site; Pets Are People Too, a Russian owned pet supply store that Max swears is a front for a terrorist ring; Tito's Thai Food, which also operates a foot massage parlor; D-Mobile, a neighborhood cell phone store run by a guy from Compton who also sells costumes; and Hollywood Blazing Styles, a barber shop and hair salon managed by a 65-year-old transvestite who moonlights as a stand-up comedian.

There's also the clan's popular hangout spot, Gizzards, where Buttah frequently sends Tony to pick up the wings, fried okra with cheese and soy biscuits special called the "Billy Dee Williams;" Larry's Auto, a pay-as-you-go used car rental and repair shop next door to the neighborhood bar, Hard Up; Lakeside Cinemas, a historic theater in the area; and Raw & Natural, a self-serve 24-hour juice and oxygen bar with an Elvis theme.

Oh, and the corner fresh fruit stand owned by the blind farmer – although it's often tough to make out the lemons from the tomatoes on Wednesdays.

Like we said, Hillside Lakes is one weird place – and you'll definitely know it when you get there.

But if you happen to miss it, just ask the foreign exchange student from Mexico who drives the celebrity gossip rag's SNZ tour bus to point it out. He tends to get lost in the area when doing tours.




Marcus Amick • All Rights Reserved. • Management: Project Producers LLC.



# Meet the Crew

Marcus Amick • All Rights Reserved. • Management: Project Producers LLC.

# MIKE MUELLER



"The higher you are the better life is, bro. Just ask the birds."

– A native of Venice Beach, Mike Mueller decided to trade in the surfer lifestyle for a shot at stardom as an aspiring stuntman, although he's never quite shaken his beach bum persona.

The 26-year-old stoner figures that the dangers that came with breaking into yachts as a teen to throw Halloween bashes along with doing stunts on his skateboard (his primary mode of transportation) gives him as much cred as anybody else to ride the roof of a car on the 101 freeway. That's actually how he ended up in Hillside Lakes, after the joyride landed him in the local hospital, where he had an epiphany that he should be a professional stuntman.

In between taking stunt classes, Mike makes ends meet by working the midnight shift at the neighborhood convenience store, "Mr. Speedy." He's known for his catch phrases associated with making money, like: "doubling the dinero, baby." At times, he comes off like a know-it-all, but quickly backs down when he's pressed on the issue by his roommates, JOHNNY and TONY.

**HILLSIDE** *Lakes*

**PRIMARY CHARACTER**

Marcus Amick • All Rights Reserved. • Management: Project Producers LLC.

# JOHNNY JACONELLI



**"Balls out – all day, every day man."**

Born in New York, Johnny Jaconelli is a die-hard Yankees fan and anything else "Big Apple," which is why he always greets people with a series of unnecessary handshakes.

The 24-year-old moved to Hillside Lakes to pursue his dream of being an actor, but for now, works as a trainer at "Caliworld Fitness" to pay the bills. He has a very dominant personality, one of many traits he gets from his dad, who thinks the whole idea of Johnny wanting to be an actor is proof that his son is a certified wack job. Johnny's mother, however, supports her "little Al Pacino," as she calls him, which sets the stage for some wild arguments whenever Johnny's parents come to visit him in LA.

Johnny spends most of his free time with his girlfriend NIKKI, a well-known pop singer. But he has a hard time resisting other women, which he routinely attributes to everything from a Mexican spell put on him during a trip to Tijuana, to something in the food in California that drives men to cheat.



**PRIMARY CHARACTER**

Marcus Amick • All Rights Reserved. • Management: Project Producers LLC.



# TONY JOHNSON



## "Always have a back-up plan."

– A native Chicagoan, Tony Johnson moved to Hillside Lakes thinking he'd finally landed his dream job as a sound engineer at a major Hollywood music studio.

A day after arriving to California, the 23-year-old Dominican learned that the company, "Buttah Milk Productions," was actually nothing more than a small shop held together by a dream with not one major artist on the books. Known for his rather blunt demeanor and street smarts, Tony still can't figure out how he got suckered into working for "Buttah Milk Productions" or why he's still there.

When not at the studio, the hustling tech head can typically be found scouring the Internet, buying gadgets and reselling them on Craigslist for extra money. In addition to the stress of his job, Tony also has to deal with the ongoing tension with his roommate, Johnny, who he resents because he acts just like his older brother.





**HILLSIDE** *Lakes*

**PRIMARY CHARACTER**

Marcus Amick • All Rights Reserved. • Management: Project Producers LLC.

# ERIC EISNER



**"Just when you think things can't get worse, they will. It's better to be prepared."**

– Eric Eisner is pretty much the typical nerd, aside from his "doom and gloom" perspective on life, which really irks Max, his feathered, foulmouthed roommate. A native of Scottsdale, Arizona, Eric moved to Hillside Lakes six years ago to take a job as a game developer, which explains why he keeps really odd hours – although nobody really knows for sure what he does.

Even though he comes from a wealthy family, the 25-year-old lives a rather modest life and prefers using public transportation out of fear the government is secretly taping everybody who has been using more than 150 gallons of gas a month. He doesn't talk much about his personal life, which leaves many wondering about his sexual orientation.

By most accounts, Eric really doesn't fit in, but has developed a bond with Mike and Tony at the urging or rather mandate of Max, who is constantly on him for being such an introvert.



**PRIMARY CHARACTER**

Marcus Amick • All Rights Reserved. • Management: Project Producers LLC.

# MAX MACARTHUR

## "Sh*t happens, deal with it."

– Known for his candid and frequent use of four-letter words, Max MacArthur is hardly the typical pet, even by California standards. Even crazier, he routinely threatens to kick Eric out of their apartment if he doesn't abide by his rules.

A cross between a traditional Scarlet Macaw Parrot and a Sulphur-crested Cockatoo, Max swears the mix up stems from his parents' promiscuous lifestyles, which explains his obsession for Soul Train as well as NPR.

He shows absolutely no bird-like tendencies whatsoever and is quick to rattle off quips like: "Here's one, f**k off!" at someone trying to get him to mimic anything that the typical parrot would. An atheist and proud of it, Max is liable to do anything from cussing an attendant out at the bank to slapping Eric for parking too far at the grocery store, none of which seems to bother his roommate.



**PRIMARY CHARACTER**

Marcus Amick • All Rights Reserved. • Management: Project Producers LLC.

# SAMANTHA GOLDSTEIN

**"Men should be treated like condoms. Never totally depend on one and toss it out as soon as you're done."**

– Born and raised in LA, Samantha Goldstein (who goes by Sam) grew up around the entertainment industry. Following in the footsteps of her dad (a big-time producer at one of the production studios), the 24-year-old has been on the fast-track to establish her own credentials in the business. She currently works as an associate producer for the "Dr. Pratt Show," screening guests and managing production elements of the talk show.

Despite her tomboyish looks and love for fantasy football, Sam is very much a nympho when it comes to sex. She's known for her one-night-stands and will quickly ditch a guy if she thinks he's getting serious, insisting that she doesn't have time for a relationship. However, she clearly has a thing for Mike.

Sam's hectic schedule keeps her hooked on the energy drink, "Blue Dragon," which she swears has nothing to do with her being high-strung or her frequent late-night runs to Mr. Speedy, where Mike works.



**PRIMARY CHARACTER**

Marcus Amick • All Rights Reserved. • Management: Project Producers LLC.

# SECONDARY CHARACTERS



"You ain't really lived until you've lived like Buttah. See 'cause Buttah's lived. Buttah's done just about everything you can do out here when it comes to living. Buttah can tell you things about living that…"

"The ladies love Sharif."

## DAVID "BUTTAH" JONES

– A native of Pine Bluff, Arkansas, the 41-year-old David "Buttah" Jones moved to California to play professional football for the Los Angeles Vikings and never left the city, or the '80s for that matter.

After retirement and a failed attempt to pitch a late-night kid's TV talk show, Buttah decided to dump his money into starting his own music production company, "Buttah Milk Productions" – even though he had no experience in music, whatsoever.

Although he's well beyond his playing years, Buttah is in great physical shape, which is why he insists he stills looks good in his velour sweat suits, one of his many routine rants.

## SHARIF CAZIAN

– Scary by most standards, Sharif Cazian is the sex-deprived Armenian who manages and lives at the apartment building where Mike, Tony, Johnny, Sam and Eric and Max stay.

The 52-year-old of Lebanese descent, who insists he's destined to be a porn star, is known for saying things like "climb, climb" when he sees a tall female he fantasizes having sex with (which is about every one of them he comes across).

The hairy-chested building manager lives in the apartment complex with his nagging wife, who is always yelling at him in Armenian, although viewers never see her.

HILLSIDE Lakes

Marcus Amick • All Rights Reserved. • Management: Project Producers LLC.

# SECONDARY CHARACTERS



## "Johnny must think I'm stupid."

**NIKKI SPARX** – Johnny's pop-star girlfriend, Nikki Sparx, is the epitome of "new school diva" with a colorful twist.

The 23-year-old Orlando native, who now splits her time between New York and LA when she's not touring, never hesitates to say exactly what's on her mind. But those closest to Nikki know her most for her ghetto mannerisms that mysteriously seem to disappear whenever she's in the public spotlight, which completely irks Tony.

When she's in LA, Nikki and Johnny are inseparable except for when her boyfriend is working out or falls victim to another one of his "uncontrollable" cheating spells, which always sends Nikki into overdrive.

**DEEPER UNDERGROUND** – Based in Long Beach, the rap group, Deeper Underground, features two of Buttah's biggest artists – 19-year-olds, K-Love & Astro-G. Well, actually they're the producer's only artists. Despite having some wildly corny lyrics, Buttah believes that the rap duo is the next big thing since the "Beastie Boys," which Tony maintains is going to be the final downfall of the studio.

**CHRIS WU** – Mike's co-worker at Mr. Speedy, Chris Wu wears his cool demeanor like a badge of honor, much like he does his martial arts skills (although he's insulted by any references made to his Asian heritage). The 23-year-old lives by the creed: "Money Over Bitches" and drives an old souped-up 2001 Honda Civic with Lambo doors that Mike's roommate, Johnny, rags on every time he sees it.

**AHMEN KAPUR** – Ahmen Kapur, the 34-year-old midnight store manager at Mr. Speedy, is more likely to join Mike and Chris in their late night antics at the convenience store rather than reprimand them. He vehemently denies being a racist and insists that not bagging Tony's items (regardless of how many things he purchases) is intended to teach "chocolate face" how to ask for things politely.



Marcus Amick • All Rights Reserved. • Management: Project Producers LLC.



# Potential Episodes

Marcus Amick • All Rights Reserved. • Management: Project Producers LLC.



## PILOT: "RULES OF ENGAGEMENT"

Talk of a new female neighbor, Sam, moving upstairs above Johnny, Mike and Tony puts the already committed Johnny on edge over concerns that he won't be able to resist the temptation of a potentially hot chick living a few steps away.

Eric's foulmouthed bird, Max, calls for a tenant meeting at the apartment complex to lay down a few rules for the newbie.

## "MAX - WANT A CRACKER?"

After failing to meet Sam when she first moves in, Max bullies Eric into knocking on her door so he can get a read on their new neighbor. But after Sam mistakenly tries to feed Max a cracker to talk, Eric's feathered roommate organizes a public protest outside the complex to get her evicted for being a racist.

When Eric tries to talk him out of it, Max threatens to make him a subject of the protest as well.

## "POLITICAL TRASH TALKING"

When the Hillside Lakes clan decides to attend a neighborhood rally for California's gubernatorial candidate, Donald "Deal Making" James (mostly for the free hot dogs), it sets off a heated debate among the group over whether politics have a place in Hollywood.

It's the kind of topic that Max and Buttah never shy away from, which makes for a wild Q&A session with the candidate when they take the microphone.

## "SHOWDOWN AT MR. SPEEDY"

An argument at Mr. Speedy between Johnny and Chris (one of Mike's co-workers at the convenience store) over who has the fastest car leads the two foes to set a date for a drag strip showdown.

Looking to make a few extra bucks, Mike decides to sell tickets to the race and lets Tony in on the deal. But when the police show up at the event with the entire Hillside Lakes clan on hand, a street racing title isn't the only thing at risk of being lost.



**HILLSIDE LAKES**
**Potential Episodes**

Marcus Amick • All Rights Reserved. • Management: Project Producers LLC.



### "THE LAST STRAW"

Tony decides to quit his job as an engineer at Buttah Milk Productions after his boss kicks an up-and-coming DRAKE out of the studio because he refuses to let Buttah's corny group, Deeper Underground ("K-Love" and "Astro-G"), rap on one of his songs.

Bummed over the fact that Buttah appears to have blown his chance to work with a real artist, Tony confides in Eric and Max, who decide to spend the day helping him search for a new job.

### "BAD LUCK"

During his midnight shift at Mr. Speedy, Mike winds up meeting producer James Cameron at the convenience store who gives the aspiring stuntman his personal cell number for a gig in one of his upcoming movies. But Mike's store manager, Ahmen, accidentally tosses the number in the trash, which prompts the stoner to send an emergency text alert to his friends for help.

Tony is the only one that responds, sending the duo on a mad race though Hollywood to track down a garbage truck with a series of crazy mishaps along the way.

### "NO SMOKING"

After talking to her neighbors, Sam finally works up the nerves to confront Sharif (the building's perverted apartment manager) about the frequent notices he's been posting on her door for smoking on the premises. Sam's biggest issue with it all is that Sharif smokes on the apartment grounds all the time and doesn't live by the same rules he sets for the tenants.

Hoping the confrontation breaks out into a fight, Max convinces Eric to hang out in the apartment's courtyard in anticipation of the big showdown.

### "HELLO CALIWORLD"

Telling him it might help to spark up his seemingly dull life, Johnny convinces Eric to go through one of his training sessions at his gym, Caliworld Fitness. Max decides to tag along after betting Eric he won't be able to finish the workout, spending most of his time harassing his roommate in between firing off lewd comments to the women working out.

However, when Max ticks off the wrong woman's boyfriend, the confrontation kicks Johnny into overdrive and winds up testing all three of the neighbors' level of fitness.



**HILLSIDE LAKES**
**Potential Episodes**

Marcus Amick • All Rights Reserved. • Management: Project Producers LLC.



### "THE DR. PRATT SHOW"

Sam tries to convince Johnny and his girlfriend Nikki, the pop singer, to appear on the Dr. Pratt Show, where she works as an associate producer, for a live episode called "Loving a Star."

After learning that Jessica Simpson and her significant other will also be on the show, the couple agrees to participate, thinking it'll be a good promotion for Nikki's upcoming album. But an on-air blow up between the two lovebirds proves quite the opposite as the rest of the Hillside Lakes clan sits in the audience watching the train wreck with Max egging it on.

### "THE LOOKOUT"

Following a string of break-ins at the apartment complex, the neighbors decide to set a trap to catch the culprit with each of them having a lookout time. While on the midnight watch, Max & Eric see two mysterious men in Ninja suits jumping the fence with Slim Jims.

Max tells a suspicious Eric not to overact, but then pushes him to spring into action when they spot a "hipster-type" strolling down the stairs of the complex humming "Billie Jean."

### "OPEN CLOSET"

An annual yard sale at the apartment complex sends Johnny, Mike, Tony, Sam, Eric, Max, and Sharif scavenging through their belongings hoping to make a few extra bucks.

The items, however, end up revealing some interesting things about the Hillside Lakes neighbors that most would like to keep secret or soon forget.

### "KNEE-HIGH LOVE"

During a night out with the guys at their local hangout, Gizzards, Sam winds up meeting Henry Cavill (Superman) and invites him back to her place for a few drinks.

The actor agrees, and as soon as the two arrive at Sam's apartment they start making out. However, when things start heating up and Cavill takes off his pants, Sam notices he's wearing red dress socks pulled all the way up to his knees. Completely turned off now by what reminds her of a super hero masquerading as a porn star, Sam immediately starts plotting a way to get rid of Cavill.



**HILLSIDE LAKES**
**Potential Episodes**

Marcus Amick • All Rights Reserved. • Management: Project Producers LLC.



### "PARENTS FROM HELL"

A visit by Johnny's parents from New York turns into a weekend from Hell after Johnny's dad convinces the neighbors to let them help with the annual tenant party. From pressing Max about whether Eric's gay to making overt racist remarks about Tony and Sharif, controlling Johnny's dad gets to be too much for the group.

In the midst of it all, someone decides to call the police which leads to Johnny's dad getting arrested and another blow up between Johnny and his roommate Tony, who Johnny suspects called the cops.

### "ROAD TRIP"



At the urging of Mike, the Hillside Lakes clan decides to rent a van to attend Coachella, the annual music, arts and marijuana bash in Palm Springs. However, things get hairy at the event when Max is accidentally doused in pink paint during a grunge performance and a mischievous group of hip hop heads kidnap him, thinking he's Cee-Lo's bird, Lady.

When the Hillside clan learns of the thieves' $2,500 ransom demand for Max who they've mistaken for Cee-Lo's cockatoo, Mike plots a plan to snatch Lady to swap for Max before the rap bandits realize they have the wrong bird.

### "BAD BLOOD"

A war of words between Johnny and Tony erupts with the two finally setting a date for a weekend standoff at the neighborhood park to settle their differences once and for all.

Faced with the realization that there's no way he can beat the more athletic Johnny on his own, Tony solicits the help of his boss, Buttah. He recommends that Tony contact a personal friend of his, an overweight Steven Segal, who has a hard time pulling off any fighting maneuvers himself now because he's so out of shape.



**HILLSIDE LAKES**
**Potential Episodes**

Marcus Amick • All Rights Reserved. • Management: Project Producers LLC.