# EXHIBIT C

USB drive with *Fairfax* Season 1 – Episodes 101-108 filed in the traditional manner with the Court