UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOYA HANKINS, MARCUS AMICK and AMOS ARAUZ,

    Plaintiffs,

v.

TITMOUSE INC., AMAZON CONTENT SERVICES LLC, CHRIS PRYNOSKI, SHANNON PRYNOSKI, MARK BROOKS, and TAL MOSCOVICI,

    Defendants.

Case No. 2:24-cv-12682

Honorable: David M. Lawson

Magistrate: Anthony P. Patti

## **APPEARANCE**

Justin P. Bagdady of Bodman PLC hereby enters his appearance in the above-captioned action as counsel for Defendants TITMOUSE INC., AMAZON CONTENT SERVICES LLC, CHRIS PRYNOSKI, SHANNON PRYNOSKI, MARK BROOKS, and TAL MOSCOVICI.

Respectfully submitted,

BODMAN PLC

By: */s/ Justin P. Bagdady*
Susan M. Kornfield (P41071)
Justin P. Bagdady (P79764)
Spencer M. Darling (P87321)
201 S. Division Street, Suite 400
Ann Arbor, MI 48104
(734) 761-3780

        skornfield@bodmanlaw.com
        jbagdady@bodmanlaw.com
        sdarling@bodmanlaw.com
        *Attorneys for Defendants Titmouse Inc., Amazon Content Services LLC, Chris Prynoski, Shannon Prynoski, Mark Brooks, And Tal Moscovici*

Dated: February 20, 2025

## CERTIFICATE OF SERVICE

    I hereby certify that on February 20, 2025, I caused the foregoing paper and this Certificate of Service to be electronically filed by using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

        */s/ Justin P. Bagdady*