UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOYA HANKINS, MARCUS AMICK,
and AMOS ARAUZ,

        Plaintiffs,

v.

TITMOUSE, INC., AMAZON CONTENT
SERVICES, LLC, CHRIS PRYNOSKI,
SHANNON PRYNOSKI, MARK BROOKS,
and TAL MOSCOVICI,

        Defendants.
_____/

Case Number 24-12682
Honorable David M. Lawson

## ORDER GRANTING MOTION FOR LEAVE TO FILE EXHIBITS IN THE TRADITIONAL MANNER AND DIRECTING DEFENDANTS TO ANSWER THE COMPLAINT

This matter is before the Court on a motion by defendant Amazon Content Services, LLC for leave to file exhibits in the traditional manner. The Court has considered the motion and finds that it should be granted. The Court also notes that the defendants have filed motions to dismiss the complaint. Federal Rule of Civil Procedure 12(a)(4) authorizes the Court to set a time for serving an answer when a motion has been served under Rule 12. *Hill v. Blue Cross and Blue Shield of Michigan*, 237 F.R.D. 613, 617 (E.D. Mich. 2006) ("[T]his Court recognizes that Rule 12(a)(4) also provides that a court may order an answer to be filed at a time *other than* after the motion to dismiss has been denied or the court has postponed consideration of the motion.") (citing Fed. R. Civ. P. 12(a)(4)). The Court believes that having the defendants' answers filed before the motion to dismiss is decided will advance the progress of the litigation.

Accordingly, it is **ORDERED** that the motion by defendant Amazon Content Services, LLC for leave to file exhibits in the traditional manner (ECF No. 16) is **GRANTED**.

It is further **ORDERED** that the defendants shall file their answers to the complaint **on or before March 13, 2025**.

s/David M. Lawson<br>
DAVID M. LAWSON<br>
United States District Judge

Dated:   February 20, 2025