UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOYA HANKINS, MARCUS AMICK
and AMOS ARAUZ,

                Plaintiffs,

   v.

TITMOUSE INC., AMAZON CONTENT
SERVICES LLC, CHRIS PRYNOSKI,
SHANNON PRYNOSKI, MARK
BROOKS, and TAL MOSCOVICI,

                Amazon.

_____/

Case No. 2:24-cv-12682
Honorable: David M. Lawson
Magistrate: Anthony P. Patti

Jury Trial Demanded

## DEFENDANT AMAZON CONTENT SERVICES LLC'S ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

     Defendant Amazon Content Services LLC ("Amazon"), by and through its undersigned attorneys, hereby answers the First Amended Complaint and Demand for Jury Trial, dated December 5, 2024 (the "Amended Complaint") filed by Plaintiffs Toya Hankins, Marcus Amick, and Amos Arauz (collectively, "Plaintiffs"). To the extent that any allegation in the Amended Complaint is not specifically admitted, the allegation is denied. Amazon answers the corresponding numbered paragraphs of the Amended Complaint as follows:

## **PARTIES**

1.      Amazon admits that Toya Hankins is one of the named plaintiffs in this action and is an individual.  Amazon lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

2.      Amazon admits that Marcus Amick is one of the named plaintiffs in this action and is an individual.  Amazon lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

3.      Amazon admits that Amos Arauz is one of the named plaintiffs in this action and is an individual.  Amazon lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

4.      Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

5.      Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

6.      Amazon denies that it is a Washington limited liability company; Amazon is a Delaware limited liability company.  Amazon admits that its principal place of business is located in Seattle, Washington.

7.      Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

8.      Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

9.      Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

10.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

## JURISDICTION AND VENUE

11.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon admits that Plaintiffs purport to state claims under the Copyright Act of 1976, 17 U.S.C. § 101 *et seq.*, but deny the legal sufficiency of Plaintiffs' claims and allegations and deny that Plaintiffs have any viable claim as to Amazon.  Amazon admits that this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332 and 1338(a), and supplemental jurisdiction pursuant to 28 U.S.C. §§ 1332 and 1367.

12.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon does not dispute that this Court has personal jurisdiction over Amazon with respect to the

4931-7460-0486v.1 0080059-000078

instant action.  Amazon denies the remaining allegations set forth in this paragraph.

13.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies that venue is authorized in this District pursuant to 28 U.S.C. § 1391.  Amazon further disputes that venue in this District is convenient pursuant to 28 U.S.C. § 1404(a).  By filing this Answer, Amazon does not waive any argument venue is improper or inconvenient in this District.  Amazon denies the remaining allegations set forth in this paragraph.

## **GENERAL ALLEGATIONS**

14.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

15.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

16.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

17.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

18.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon admits only

that Plaintiffs are listed as copyright claimants "by written agreement" for the work titled *Hillside Lakes, "The Big Break" Pilot* registered at Copyright Registration Number PAu004109634. Amazon denies the remaining allegations set forth in this paragraph.

19.    The allegations in this paragraph state legal conclusions to which no response is required. To the extent a response is required, Amazon admits only that Plaintiffs are listed as copyright claimants "by written agreement" for Copyright Registration Number PAu004109634. Amazon denies the remaining allegations set forth in this paragraph.

20.    The allegations in this paragraph state legal conclusions to which no response is required. To the extent a response is required, Amazon admits only that Plaintiffs are listed as copyright claimants "by written agreement" for Copyright Registration Number PAu004109634. Amazon denies the remaining allegations set forth in this paragraph.

21.    Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

22.    Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

23.    The allegations in this paragraph state legal conclusions to which no response is required. To the extent a response is required, Amazon lacks

5

knowledge or information sufficient to form a belief as to the truth of the

allegations in this paragraph, and on that basis denies them.

24.    Amazon lacks knowledge or information sufficient to form a belief as

to the truth of the allegations in this paragraph, and on that basis denies them.

25.    Amazon lacks knowledge or information sufficient to form a belief as

to the truth of the allegations in this paragraph, and on that basis denies them.

26.    The allegations in this paragraph state legal conclusions to which no

response is required.  To the extent a response is required, Amazon admits only

that Plaintiffs are listed as copyright claimants "by written agreement" for

Copyright Registration Number PAu004109634.  Amazon denies the remaining

allegations set forth in this paragraph.

27.    The allegations in this paragraph state legal conclusions to which no

response is required.  To the extent a response is required, Amazon admits only

that Plaintiffs are listed as copyright claimants "by written agreement" for

Copyright Registration Number PAu004109634.  Amazon denies the remaining

allegations set forth in this paragraph.

28.    Amazon lacks knowledge or information sufficient to form a belief as

to the truth of the allegations in this paragraph, and on that basis denies them.

29.    Amazon lacks knowledge or information sufficient to form a belief as

to the truth of the allegations in this paragraph, and on that basis denies them.

30.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

31.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

32.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon admits only that Plaintiffs are listed as copyright claimants "by written agreement" for Copyright Registration Number PAu004109634.  Amazon denies the remaining allegations set forth in this paragraph.

33.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

34.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon lacks

4931-7460-0486v.1 0080059-000078

knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

35.    Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

36.    Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

37.    Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

38.    Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

39.    Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

40.    Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

41.    Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

42.    Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

43.    Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

44.     Amazon admits only that *Fairfax* is an animated series distributed by Amazon.  Amazon denies the remaining allegations set forth in this paragraph.

45.     Amazon admits only that Titmouse was engaged by Amazon to produce the animated series *Fairfax*, but had no involvement in its creation; *Fairfax* was created by Matt Hausfater, Aaron Buchsbaum, and Teddy Riley. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

46.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies that any protectible elements of *Hillside Lakes* were copied or included in *Fairfax*.

47.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies that *Hillside Lakes* is substantially similar *Fairfax*.

48.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies that *Hillside Lakes* is substantially similar *Fairfax*.

49.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies that *Hillside Lakes* is substantially similar *Fairfax*.

50.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies that *Hillside Lakes* is substantially similar *Fairfax*.

## DEFENDANT AMAZON

51.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies that Titmouse licensed distribution or other rights in the animated series *Fairfax* to Amazon.  Amazon further states that Titmouse was engaged by Amazon to produce *Fairfax*, but had no involvement in its creation or distribution.

52.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon admits only that Amazon distributed *Fairfax* through the online streaming service Prime Video.

53.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon admits only that Amazon distributed *Fairfax* through the online streaming service Prime Video.

## ACCESS

54.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

55.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

## **SUBSTANTIAL SIMILARITIES: PLOT AND DIALOGUE**

56.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

57.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

58.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

59.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

60.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

61.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

62.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

63.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

64.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

65.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

66.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

67.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

68.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

69.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

70.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

71.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

4931-7460-0486v.1 0080059-000078

## SUBSTANTIAL SIMILARITIES:
## CHARACTERS AND CHARACTER RELATIONSHIPS

72.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

73.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

74.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

75.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

76.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

77.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

78.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

79.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

80.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

4931-7460-0486v.1 0080059-000078

81.     Amazon denies that a recording of the tagline referenced in paragraph 80 was sampled or used in the animated series *Fairfax*.  Amazon further denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

82.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

83.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

84.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

## SUBSTANTIAL SIMILARITIES: SETTING

85.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

86.     Amazon denies that there is any substantial similarity between *Hillside Lakes* and *Fairfax*.

87.     Amazon denies that it has generated any revenue, profits, and goodwill from exploiting Plaintiffs' copyright.  Amazon further denies that *Fairfax* infringes *Hillside Lakes*.

88.     Amazon denies that they have generated any revenue, profits, and goodwill from exploiting Plaintiffs' copyright.  Amazon further denies that *Fairfax* infringes *Hillside Lakes*.

14

89.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies them.

90.     Amazon admits that Plaintiffs are not credited as creators or co-creators of *Fairfax*, and denies that it had any obligation to do so.

91.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies them.

92.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies them.

93.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies them.

## COUNT I
## COPYRIGHT INFRINGEMENT

94.     Amazon incorporates by reference paragraphs 1-93 of this Answer as if fully set forth herein.

95.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies them.

96.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies them.

97.     The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies them.

15

98.    The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies them.

99.    The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies them.

100.    The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies them.

101.    The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies them.

102.    The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies them.

## COUNT II
## CONTRIBUTORY COPYRIGHT INFRINGEMENT

103.    Amazon incorporate by reference paragraphs 1-102 of this Answer as if fully set forth herein.

104.    The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies them.

105.    The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies them.

106.    The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies them.

4931-7460-0486v.1 0080059-000078

107.    The allegations in this paragraph state legal conclusions to which no

response is required.  To the extent a response is required, Amazon denies them.

## COUNT III
## VICARIOUS COPYRIGHT INFRINGEMENT
## (TITMOUSE DEFENDANTS)

108.    Amazon incorporate by reference paragraphs 1-107 of this Answer as

if fully set forth herein.

109.    Amazon needs not respond to this paragraph because it states

allegations in support of a claim not alleged against it, and to the extent a response

is required, it denies the allegations.

110.    Amazon needs not respond to this paragraph because it states

allegations in support of a claim not alleged against it, and to the extent a response

is required, it denies the allegations.

111.    Amazon needs not respond to this paragraph because it states

allegations in support of a claim not alleged against it, and to the extent a response

is required, it denies the allegations.

## COUNT IV
## UNJUST ENRICHMENT

112.    Amazon incorporate by reference paragraphs 1-111 of this Answer as

if fully set forth herein.

113.    The allegations in this paragraph state legal conclusions to which no

response is required.  To the extent a response is required, Amazon denies them.

4931-7460-0486v.1 0080059-000078

114.   The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies them.

115.   The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies them.

116.   The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Amazon denies them.

**COUNT V**
**BREACH OF CONTRACT**
**(DEFENDANT MOSCOVICI)**

117.   Amazon incorporates by reference paragraphs 1-116 of this Answer as if fully set forth herein.

118.   Amazon needs not respond to this paragraph because it states allegations in support of a claim not alleged against it, and to the extent a response is required, it denies the allegations.

119.   Amazon needs not respond to this paragraph because it states allegations in support of a claim not alleged against it, and to the extent a response is required, it denies the allegations.

120.   Amazon needs not respond to this paragraph because it states allegations in support of a claim not alleged against it, and to the extent a response is required, it denies the allegations.

18

## <u>RESPONSE TO PLAINTIFFS' PRAYER FOR RELIEF</u>

The remainder of the Amended Complaint is a Prayer for Relief to which no response is required.  To the extent a response is required, Amazon denies that Plaintiffs are entitled to any relief requested in paragraphs A-H of the Prayer for Relief, nor are Plaintiffs entitled to any other relief.

## <u>SEPARATE AND ADDITIONAL DEFENSES</u>

Amazon alleges the following separate and additional defenses.  By alleging these separate and additional defenses, Amazon is not in any way agreeing or conceding that it bears the burden of proof or persuasion on any of these issues. Amazon reserves the right to supplement, amend, or modify these separate and additional defenses, as appropriate, based on information obtained during the course of this litigation.

### FIRST SEPARATE AND ADDITIONAL DEFENSE

1.    The Amended Complaint and each of its claims fail to state a claim upon which relief can be granted**.**

### SECOND SEPARATE AND ADDITIONAL DEFENSE

2.    Plaintiffs lack standing and their claims are barred, in whole or in part, to the extent Plaintiffs cannot demonstrate that they possess a valid, registered copyright for each of the allegedly infringed *Hillside Lakes* materials, including the animatics, scripts, sizzle reels, notes, and pitch bible.

19

**THIRD SEPARATE AND ADDITIONAL DEFENSE**

3.      Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs cannot establish ownership of *Hillside Lakes*.

**FOURTH SEPARATE AND ADDITIONAL DEFENSE**

4.      Plaintiffs' claims are barred, in whole or in part, because Plaintiffs cannot demonstrate access, including because the *Fairfax* scripts were written by third-party creators before Amazon engaged Titmouse to produce the series.

**FIFTH SEPARATE AND ADDITIONAL DEFENSE**

5.      Plaintiffs' claims are barred, in whole or in part, because *Fairfax* was independently created.

**SIXTH SEPARATE AND ADDITIONAL DEFENSE**

6.      Plaintiffs' claims are barred, in whole or in part, because the allegedly infringing work *Fairfax* is not substantially similar to *Hillside Lakes*.

**SEVENTH SEPARATE AND ADDITIONAL DEFENSE**

7.      Plaintiffs' claims are barred, in whole or in part, because the alleged selection and arrangement of elements in *Hillside Lakes* is not infringed by *Fairfax*.

**EIGHTH SEPARATE AND ADDITIONAL DEFENSE**

8.      Plaintiffs' claims are barred, in whole or in part, because *Fairfax* does not contain any protectable expression owned by Plaintiffs.

4931-7460-0486v.1 0080059-000078

## NINTH SEPARATE AND ADDITIONAL DEFENSE

9.      Plaintiffs' claims are barred, in whole or in part, because the allegedly infringed elements are not protectable under copyright law.

## TENTH SEPARATE AND ADDITIONAL DEFENSE

10.     Plaintiffs' claims for vicarious on contributory infringement are barred, in whole or in part, because Plaintiffs fail to state a claim for direct infringement.

## ELEVENTH SEPARATE AND ADDITIONAL DEFENSE

11.     Plaintiffs' claim for unjust enrichment is barred, in whole or in part, because the claim is preempted by the Copyright Act, 17 U.S.C. § 301.

## TWELFTH SEPARATE AND ADDITIONAL DEFENSE

12.     Plaintiffs have suffered no injury or damage as a result of any act or conduct by Amazon.

## THIRTEENTH SEPARATE AND ADDITIONAL DEFENSE

13.     Because Plaintiffs' purported copyright was not registered before the alleged infringement occurred, Plaintiffs cannot recover statutory damages and attorneys' fees.

## FOURTEENTH SEPARATE AND ADDITIONAL DEFENSE

4931-7460-0486v.1 0080059-000078

14.    To the extent that Plaintiffs request punitive damages, the request is barred because Amazon acted in good faith, and its conduct was not willful or malicious, at all times relevant to the Amended Complaint.

### FIFTEENTH SEPARATE AND ADDITIONAL DEFENSE

15.    The Amended Complaint and each of its claims are barred by the doctrine of unclean hands.

### SIXTEENTH SEPARATE AND ADDITIONAL DEFENSE

16.    Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

### SEVENTEENTH SEPARATE AND ADDITIONAL DEFENSE

17.    Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

### EIGHTEENTH SEPARATE AND ADDITIONAL DEFENSE

18.    Plaintiffs have failed to mitigate their damages, if any.

### NINETEENTH SEPARATE AND ADDITIONAL DEFENSE

19.    The Amended Complaint's claims for damages are barred because Plaintiffs' alleged damages are speculative or uncertain in their nature and are not susceptible of proof with reasonable certainty.

### TWENTIETH SEPARATE AND ADDITIONAL DEFENSE

4931-7460-0486v.1 0080059-000078

20.    The Amended Complaint, to the extent that it seeks injunctive relief, is barred because the injury or damage allegedly suffered by Plaintiffs, if any, would be adequately compensated in an action at law for damages, and therefore Plaintiffs are not entitled to seek equitable relief.

## TWENTY-FIRST SEPARATE AND ADDITIONAL DEFENSE

21.    The District is not a proper forum for this dispute under 28 U.S.C. §§ 1391 or 1400(a), and is inconvenient under 28 U.S.C. § 1404(a).  Amazon has moved to dismiss this action to another district based on inconvenient venue.

## **PRAYER FOR RELIEF**

THEREFORE, Amazon prays for judgment as follows:

1.    A judgment in favor of Amazon denying Plaintiffs all requested relief and dismissing the Amended Complaint with prejudice;

2.    That Amazon be awarded its costs of suit, including, without limitation, reasonable attorneys' fees, pursuant to 17 U.S.C. § 505;

3.    That Plaintiffs be sanctioned and Amazon be awarded its costs of suit, including, without limitation, reasonable attorneys' fees, on the grounds that Plaintiffs unreasonably and vexatiously increased costs under 28 U.S.C. § 1927;

4.    That Plaintiffs be sanctioned and Amazon be awarded its costs of suit, including, without limitation, reasonable attorneys' fees, on the grounds that

23

Plaintiffs' claims are frivolous under Rule 11 of the Federal Rules of Civil

Procedure; and

5.     That the Court award Amazon such other and further relief as the

Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Amazon respectfully requests a trial by jury on all issues so triable.


DATED: March 13, 2025        DAVIS WRIGHT TREMAINE LLP


By: _____ */s/ Diana Palacios* _____
                        Diana Palacios

DIANA PALACIOS (CA Bar No. 290923)
dianapalacios@dwt.com
JAMES H. MOON (CA Bar No. 268215)
jamesmoon@dwt.com
CRISTINA M. SALVATO (CA Bar No. 295898)
tinasalvato@dwt.com
JOEL RICHERT (CA Bar No. 327116)
joelrichert@dwt.com
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

BODMAN PLC
JUSTIN P. BAGDADY (P79764)
jbagdady@bodmanlaw.com
SPENCER M. DARLING (P87321)
sdarling@bodmanlaw.com
201 S. Division Street, Suite 400
Ann Arbor, MI 48104

24

(734) 761-3780

*Attorneys for Defendants Titmouse Inc., Amazon Content Services LLC, Chris Prynoski, Shannon Prynoski, Mark Brooks, and Tal Moscovici*

25

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 13, 2025, the foregoing document was filed

and served electronically on all counsel of record via the Court's CM/ECF system.


By: _____*/s/ Diana Palacios*_____
Diana Palacios

4931-7460-0486v.1 0080059-000078