DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com
CRISTINA SALVATO (State Bar No. 295898)
  tinasalvato@dwt.com
JOEL RICHERT (State Bar No. 327116)
  joelrichert@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants TITMOUSE INC., AMAZON CONTENT SERVICES LLC, CHRIS PRYNOSKI, SHANNON PRYNOSKI, MARK BROOKS, and TAL MOSCOVICI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOYA R. HANKINS, et al.,<br><br>              Plaintiffs,<br><br>  vs.<br><br>TITMOUSE INC., et al.,<br><br>              Defendants. | Case No. 2:25-cv-02454-AB-KS<br><br>**STIPULATION FOR ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>*[Proposed Order Submitted Concurrently]*<br><br>Assigned to the Hon. André Birotte Jr.<br><br>Action Transferred: March 17, 2025 |

# **STIPULATION**

This Stipulation is entered into by and between plaintiffs Toya R. Hankins, Marcus Amick, and Amos Arauz (collectively "Plaintiffs") and defendants Titmouse Inc., Amazon Content Services LLC, Chris Prynoski, Shannon Prynoski, Mark Brooks, and Tal Moscovici (collectively, "Defendants"), through their respective counsel of record, with reference to the following facts:

1. This action was originally filed in the Eastern District of Michigan.

2. On February 18, 2025, defendants Titmouse Inc., Chris Prynoski, Shannon Prynoski, Mark Brooks, and Tal Moscovici moved to dismiss for lack of personal jurisdiction, or in the alternative, to transfer venue [ECF No. 17], defendant Amazon Content Services LLC joined in the transfer [ECF No. 18], and all Defendants moved to dismiss for failure to state a claim under Rule 12(b)(6) (the "12(b)(6) Motion") [ECF No. 19].

3. On March 18, 2025, while Defendants' 12(b)(6) Motion was pending, this action was transferred from the Eastern District of Michigan [see ECF No. 40] and subsequently assigned to this Court.

4. On March 25, 2025, this Court issued a Scheduling Order setting the Scheduling Conference for May 2, 2025. [ECF No. 53.]

5. On April 11, 2025, upon stipulation of the parties, which sought a continuance of the Scheduling Conference to allow Defendants' 12(b)(6) Motion to be refiled, fully briefed, and heard, this Court continued the Scheduling Conference from May 2, 2025 to July 11, 2025. [ECF No. 62.]

6. Plaintiffs subsequently filed their Opposition to Defendants' 12(b)(6) Motion [ECF No. 64] and Defendants filed their Reply. [ECF No. 65.]

7. On June 10, 2025, this Court entered an order taking Defendants' 12(b)(6) Motion, noticed for hearing on June 13, 2025, under submission. [ECF No. 66.]

1
STIPULATION TO CONTINUE SCHEDULING CONFERENCE

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

8. Currently, the parties are required to file a Joint Rule 26(f) Report by 14 days before the Scheduling Conference on July 11, 2025, or by June 27, 2025.

9. Good cause exists to continue the Scheduling Conference to allow time for the Court to rule on Defendants' 12(b)(6) Motion, which could narrow the scope of any discovery, allow the pleadings to be set before the parties engage in the discovery obligations triggered by the Scheduling Conference, or obviate the need for further discovery in this case.

10. The parties therefore respectfully request that the Court continue the Scheduling Conference by at least 30 days to August 11, 2025 or to a date convenient for the Court. If the Court grants the parties' request and continues the Scheduling Conference to August 11, 2025, the parties would hold their Rule 26(f) Conference 21 days prior to August 11, or by July 21, 2025, and would file their Joint Rule 26(f) Report 14 days prior, or by July 28, 2025.

11. This is the parties' second request for a continuance of the Scheduling Conference.

**NOW, THEREFORE,** Plaintiffs and Defendants respectfully request that the Court enter the accompanying proposed Order.

DATED: June 20, 2025

DAVIS WRIGHT TREMAINE LLP
DIANA PALACIOS
CRISTINA SALVATO
JOEL RICHERT

By: ___*/s/ Diana Palacios*___
Diana Palacios

Attorneys for Defendants TITMOUSE INC., AMAZON CONTENT SERVICES LLC, CHRIS PRYNOSKI, SHANNON PRYNOSKI, MARK BROOKS, and TAL MOSCOVICI

2
STIPULATION TO CONTINUE SCHEDULING CONFERENCE

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

| | |
|---|---|
| DATED: June 20, 2025 | HERTZ SCHRAM PC<br>CRISTINA M. CRESCENTINI<br><br>LAW OFFICES OF PAUL N. PHILLIPS, ALPC<br>PAUL N. PHILIPS<br><br><br>By:  */s/ Paul N. Philips*<br>         Paul N. Philips<br><br>Attorneys for Plaintiffs TOYA R. HANKINS, MARCUS AMICK, and AMOS ARAUZ |

### L.R. 5-4.3.4 Attestation

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed on this document, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

         */s/ Diana Palacios*
          Diana Palacios

3
STIPULATION TO CONTINUE SCHEDULING CONFERENCE

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899