JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOYA R. HANKINS, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>TITMOUSE INC., et al.,<br><br>　　　　　　　Defendants. | Case No. 2:25-cv-02454-AB-KS<br><br>[PROPOSED] **JUDGMENT IN FAVOR OF DEFENDANTS**<br><br>Assigned to the Hon. André Birotte Jr. |

1

On July 30, 2025, the Court granted the Motion to Dismiss the First Amended Complaint of plaintiffs Toya Hankins, Marcus Amick, and Amos Arauz (collectively, "Plaintiffs") filed by defendants Titmouse Inc., Chris Prynoski, Shannon Prynoski, Mark Brooks, Tal Moscovici (collectively, the "Titmouse Defendants"), and Amazon Content Services LLC ("Amazon") (together with the Titmouse Defendants, "Defendants") and dismissed Plaintiffs' First Amended Complaint in its entirety with prejudice. The Court incorporates into this Judgement its July 30, 2025, Ruling and Minute Order, and hereby **ORDERS, AJUDGES AND DECREES** as follows:

1. Judgement is entered against Plaintiffs and in favor of Defendants on each of Plaintiffs' causes of action against them.

2. Plaintiffs shall take nothing from Defendants in this action.

3. Because Plaintiffs cannot cure the defects in their First Amended Complaint by amending, the First Amended Complaint against Defendants, including each cause of action against them, is **DISMISSED WITH PREJUDICE.**

Dated: August 6, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE